```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 37902
    PATRICIA M POMPA
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

             Debtor
    SSN XXX-XX-8962

------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 10/12/2004 and was confirmed 11/29/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 03/18/2008.
------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                           PAID        PAID
------------------------------------------------------------------------
CHASE AUTOMOTIVE FINANCE  UNSECURED          88.02          .00         8.80
CHASE AUTOMOTIVE FINANCE  SECURED          4875.00        487.13     4875.00
CAPITAL ONE               UNSECURED       NOT FILED         .00          .00
CAPITAL ONE               UNSECURED       NOT FILED         .00          .00
CITGO OIL                 UNSECURED       NOT FILED         .00          .00
EXXON  MOBIL              UNSECURED       NOT FILED         .00          .00
ROUNDUP FUNDING LLC       UNSECURED         5199.86         .00       519.99
GETSMART VISA CARD        UNSECURED       NOT FILED         .00          .00
NGBL CARSONS              UNSECURED       NOT FILED         .00          .00
ECAST SETTLEMENT CORP     UNSECURED          532.80         .00        53.28
PROVIDIAN NATIONAL BANK   UNSECURED       NOT FILED         .00          .00
WAL MART STORES INC       UNSECURED       NOT FILED         .00          .00
SMC                       UNSECURED          574.26         .00        57.43
GREENBERG & ASSOC         DEBTOR ATTY     2,040.00                   2,040.00
TOM VAUGHN                TRUSTEE                                      477.03
DEBTOR REFUND             REFUND                                        91.34

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                     RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE              8,610.00

PRIORITY                                       .00
SECURED                                    4,875.00
    INTEREST                                 487.13
UNSECURED                                    639.50
ADMINISTRATIVE                             2,040.00
TRUSTEE COMPENSATION                         477.03
DEBTOR REFUND                                 91.34
                     ---------------    ---------------
TOTALS               8,610.00              8,610.00

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 37902 PATRICIA M POMPA
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 06/26/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 04 B 37902 PATRICIA M POMPA